IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARLOW HENDERSON | : |
| v. | : CIVIL ACTION NO. CCB-02-2454 |
| FELICIA CANNON, et al. | : |

### ORDER

For reasons stated in the foregoing Memorandum, **IT IS** this 26 day of July, 2002, hereby **ORDERED** that:

1. The above-captioned action **IS DISMISSED**, without requiring service of process on Defendants, pursuant to 28 U.S.C. §1915(e);

2. The Clerk of Court **SHALL CLOSE** this case; and

3. The Clerk of Court **SHALL MAIL** a copy of this Order and the foregoing Memorandum to Plaintiff.

Catherine C. Blake
United States District Judge